# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

144645

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DERRICK LEE SMITH,
     Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 144645
COA: 303615
Wayne CC: 08-008639-FC

On order of the Court, the application for leave to appeal the February 3, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

_____
Clerk

s0618